UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRANK HUGHES, #1024859, § § Petitioner, § § vs. § § BEXAR COUNTY SHERIFF JAVIER § SALAZAR, § § Respondent. § | CIVIL NO. SA-23-CV-0287-FB |

## JUDGMENT

On this day, the Court issued an Order dismissing without prejudice Petitioner, Frank Hughes's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 premised on the failure to exhaust and the *Younger* abstention doctrine. for failure to exhaust. (ECF No. 1).

Accordingly,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** premised on the failure to exhaust and the *Younger* abstention doctrine. for failure to exhaust. (ECF No. 1).

**IT IS FURTHER ORDERED** that all other pending motions relating to Petitioner's Section 2241 Petition, if any, are **DENIED AS MOOT** and a **CERTIFICATE OF APPEALABILITY WILL NOT ISSUE** in this case.

SIGNED this 10th day of April, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE